COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:              01-15-00890-CV

Style:                     Angel Mortgage Income Resources and Preston Julian

                                 v. Rose Guidry Kinsey

Date motion filed*:      December 31, 2015

Type of motion:         Motion for Continuance and Additional Time to Conduct Mediation

Party filing motion:     Appellants

Document to be filed:

Is appeal accelerated?    No

If motion to extend time:
        Original due date:
        Number of previous extensions granted:         Current Due date:
        Date Requested:

Ordered that motion is:

       ☑       Granted

               If document is to be filed, document due:

               ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

       ☐       Denied

       ☐       Dismissed (*e.g.*, want of jurisdiction, moot)

       ☐       Other: _____

  **The motion is granted. The deadline for the parties to conduct mediation is extended to February 18, 2016.**

Judge's signature:   /s/ Russell Lloyd
                    ☑ Acting individually    ☐ Acting for the Court

Panel consists of

Date:  January 12, 2016